UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Rosamar Perez

          Plaintiff,

v.                  Case No.: 1:18−cv−04030
                 Honorable Edmond E. Chang

Blocks 24 HR Childcare Center, Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 17, 2018:

  MINUTE entry before the Honorable Edmond E. Chang: With the caveat expressed in R. 18, the Plaintiff's motion [19] to approve the settlement is granted. The Court reviewed the under−seal filing, which was detailed and persuasive in its explanation of why the settlement is reasonable. Accordingly, to give time for the consideration to be effectuated, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 11/26/2018. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. The parties are free to file the stipulated dismissal withe prejudice before that date. Status hearing of 10/19/2018 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.